UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GAIL DICKENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:06CV608 |
| v. | ) | |
| | ) | |
| CATERPILLAR, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL AND
## ORDER APPROVING SETTLEMENT

**THIS MATTER** having come before the court on the joint stipulation for dismissal as to Plaintiff's Complaint, and due cause appearing therefor, it is hereby:

**ORDERED AND ADJUDGED** that the above case be and the same is hereby **DISMISSED WITH PREJUDICE** to the Plaintiff; each party to bear their own attorneys' fees and costs. **THIS CASE IS CLOSED.**

**DONE AND ORDERED** this 1st day of February 2007.

*/s/ William L. Osteen*
United States District Judge